AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| HC COLLECTIVE INC,<br>a Florida corporation,<br><br>*Plaintiff(s)*<br><br>v.<br>WAJID CONSULTING INC.,<br>a Florida corporation,<br>WAJID GHANIWALA, individually and<br>ANTHONIDOSS RAMESH ABRAHAM,<br>individually<br><br>*Defendant(s)* | Civil Action No. 26-CV-20984 WILLIAMS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    WAJID CONSULTING INC.
    555 NW 62ND ST
    Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    SANCHELIMA & ASSOCIATES, P.A.
    Christian Sanchelima, Esq
    235 SW Le Jeune Rd, Miami, Florida 33134
    +1 305-257-9197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 13, 2026

Angela E. Noble
Clerk of Court



*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

HC COLLECTIVE INC,
a Florida corporation,

*Plaintiff(s)*

v.

WAJID CONSULTING INC.,
a Florida corporation,
WAJID GHANIWALA, individually and
ANTHONIDOSS RAMESH ABRAHAM,
individually

*Defendant(s)*

Civil Action No. 26-CV-20984 WILLIAMS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WAJID GHANIWALA
555 NW 62ND ST
Fort Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANCHELIMA & ASSOCIATES, P.A.
Christian Sanchelima, Esq
235 SW Le Jeune Rd, Miami, Florida 33134
+1 305-257-9197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| HC COLLECTIVE INC,<br>a Florida corporation,<br>*Plaintiff(s)*<br>v.<br>WAJID CONSULTING INC.,<br>a Florida corporation,<br>WAJID GHANIWALA, individually and<br>ANTHONIDOSS RAMESH ABRAHAM,<br>individually<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  26-CV-20984 WILLIAMS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    ANTHONIDOSS RAMESH ABRAHAM
    2356 SW 17th Ave
    Miami, FL, 33145

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    SANCHELIMA & ASSOCIATES, P.A.
    Christian Sanchelima, Esq
    235 SW Le Jeune Rd, Miami, Florida 33134
    +1 305-257-9197

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts